1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 10-00209-JF
                                     )
15                  Plaintiff,       )
                                     )
16        v.                         )    STIPULATION AND [PROPOSED]
                                     )    ORDER RESCHEDULING STATUS
17  DANIEL GARCIA,                   )    HEARING AND EXCLUDING TIME
                                     )
18                  Defendant.       )
                                     )
19  _____)

20        IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21  previously scheduled for Thursday, September 30, 2010 at 9:00 a.m., be rescheduled for

22  Thursday, October 28, 2010 at 9:00 a.m.  The parties further stipulate that the court may exclude

23  the period of time from September 30, 2010 through and including October 28, 2010 from the

24  computation of the period of time within which the trial must commence for the reasons set forth

25  in the proposed order below.

26  It is so stipulated.

27
28  Dated: _____          _____/s/_____
                                     JOHN N. GLANG
                                     Assistant United States Attorney

---

1  Dated: _____                     /s/ _____
2                                              SCOTT S. FURSTMAN
                                               Attorney for Daniel Garcia
3

4                            [PROPOSED] ORDER

5       Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this

6  case, previously scheduled for Thursday, September 30, 2010 at 9:00 a.m., be rescheduled for

7  Thursday, October 28, 2010 at 9:00 a.m.

8       Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of

9  time from September 30, 2010 through and including October 28, 2010 from the computation of

10  the period of time within which the trial must commence.  The court FINDS that the ends of

11  justice served by the delay outweigh the best interest of the public and the defendant in a speedy

12  trial.  The court bases this finding on the need of the defendant to continue to review discovery

13  provided to him by the government, to determine whether a disposition can be reached in the

14  case, and to afford counsel the reasonable time necessary for effective preparation, within the

15  meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

16

17  It is so ordered:

18  Dated: ___10/12/10_____              _____
19                                          JEREMY FOGEL
                                            United States District Judge
20

21

22

23

24

25

26

27

28