1 | Robert S. Fletcher (SBN 239808)
Fletcher Law Group
2 | 39899 Balentine Dr., Ste. 200
Newark, CA 94560
3 | Tel: (510) 709-5435
Fax: (510) 619-9709
4
5 | Attorney for Defendant Daniel Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 10-CR-0209 JF |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR SETTLEMENT CONFERENCE** |
| v. | ) | |
| | ) | |
| DANIEL GARCIA | ) | Judge: Honorable Jeremey Fogel |
| | ) | Courtroom 3 |
| Defendant. | ) | |

1

TO: UNITED STATES ATTORNEY, PLAINTIFF; AND JOHN N. GLANG, UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA PLEASE TAKE NOTE that on Thursday January 27, 2011, parties appeared before Honorable Judge Fogel for a status conference. At the hearing, parties agreed to a settlement conference in front of Judge Whyte. The court approved the request and issued an order. Due to scheduling conflicts, Judge Whyte cannot hear the settlement conference prior to the next status conference set for February 25, 2011. Therefore, parties have agreed to having Judge Grewal, who has availability on February 11 and 18, to hear the settlement conference.

Parties now request that the Court approve the stipulation and permit the settlement conference to be heard by Judge Grewal. By approving the stipulation, the Court will ensure the most efficient means to a resolution in this matter.

So Stipulated:

February 8, 2011

_____/s/_____  
John Glang, Esq.  
Assistant United States Attorney  
150 Almaden Blvd., Ste. 900  
San Jose, CA 95113  
Attorney for the United States

_____  
Robert S. Fletcher, Esq.  
Fletcher Law Group  
39899 Balentine Dr., Ste. 200  
Newark, CA 94560  
Attorney for Defendant Daniel Garcia

So Ordered by the Court:

February __10__, 2011

_____  
Honorable Jeremy Fogel