```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN150630)
 3  Chief, Criminal Division

 4  JOHN N. GLANG (GUAMBN 94012)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5084
 7     Fax: (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-00209-JF |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER RESCHEDULING STATUS |
| | ) HEARING AND EXCLUDING TIME |
| DANIEL GARCIA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, previously scheduled for Friday, February 25, 2011 at 11:00 a.m., be rescheduled for Thursday, March 10, 2011 at 11:00 a.m. The parties further stipulate that the court may exclude the period of time from February 25, 2011 through and including March 10, 2011 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated: ___2-25-2011_____          ____/s/_____
                                   JOHN N. GLANG
                                   Assistant United States Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 10-00209-JF**

Dated: __2-25-2011_____                          _____/s/_____
                                                 ROBERT S. FLETCHER, ESQ.
                                                 Attorney for Daniel Garcia

## [PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Friday, February 25, 2011 at 11:00 a.m., be rescheduled for Thursday, March 10, 2011 at 11:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from February 25, 2011 through and including March 10, 2011 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to determine whether a disposition can be reached in the case, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: 3/4/11                                    _____
                                                 JEREMY FOGEL
                                                 United States District Judge

STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 10-00209-JF                                   2