1   ELIZABETH C. PETERSON, State Bar No. 194561
LYDIA CHAO, State Bar No. 274910
2   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3   650 Page Mill Road
Palo Alto, CA 94304-1050
4   Telephone: (650) 493-9300
Facsimile: (650) 565-5100
5   Email: epeterson@wsgr.com

6   Attorneys for Defendant
Daniel Garcia

7

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12   UNITED STATES OF AMERICA,      )    CASE NO.: 5:10-cr-00209-JF
                                    )
13          Plaintiff,           )    STIPULATION AND [PROPOSED]
                                    )    ORDER RESCHEDULING STATUS
14       v.                       )    HEARING AND EXCLUDING TIME
                                    )
15   DANIEL GARCIA, et al.,         )    Date:       April 28, 2011
                                    )    Time:       9:00 a.m.
16          Defendant.         )    Court:      The Hon. Jeremy Fogel
                                    )
17                                      )
                                    )
18 _____ )

19

20       IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21 previously scheduled for April 28, 2011 at 9:00 a.m., be rescheduled for Thursday, June 9, 2011

22 at 9:00 a.m.  The parties further stipulate that the Court may exclude the period of time from

23 April 28, 2011 through and including June 9, 2011 from the computation of the period of time

24 within which the trial must commence for the reasons set forth in the proposed order below.

25 It is so stipulated.

26

27

28

1   DATED:  April 26, 2011          WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation
2

3                                   By:_____/s/_____
                                        ELIZABETH C. PETERSON
4                                       Counsel for Defendant, Daniel Garcia

5

6   DATED:  April 26, 2011          MELINDA HAAG
                                    United States Attorney
7

8                                   By:_____/s/_____
                                        JOHN N. GLANG
9                                       Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2       Based upon the stipulation of the parties, it is hereby ordered that the status hearing in

3  this case, previously scheduled for Thursday, April 28, 2011 at 9:00 a.m., be rescheduled for

4  Thursday, June 9, 2011 at 9:00 a.m.

5       Pursuant to Title 18, United States Code, Section 3161(h), the Court excludes the period

6  of time from April 28, 2011 through and including June 9, 2011 from the computation of the

7  period of time within which the trial must commence.  The Court FINDS that the ends of justice

8  served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

9  The Court bases this finding on the need of the parties to determine whether a disposition can be

10  reached in the case, and to afford newly-appointed counsel the reasonable time necessary for

11  effective preparation and investigation of the case, within the meaning of 18 U.S.C.

12  § 3161(h)(7)(B)(iv).

13  IT IS SO ORDERED.

14

15  DATED: ___4/29_____, 2011.          _____

16                                            JEREMY FOGEL
                                              United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28