1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN150630)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,         )   No. CR 10-00209-JF
                                     )
15            Plaintiff,             )
                                     )   STIPULATION AND [PROPOSED]
16       v.                          )   ORDER RESCHEDULING STATUS
                                     )   HEARING AND EXCLUDING TIME
17 DANIEL GARCIA,                    )
                                     )
18            Defendant.             )
                                     )
19

20       IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21 previously scheduled for Thursday, June 9, 2011 at 9:00 a.m., be rescheduled for Thursday, June

22 16, 2011 at 9:00 a.m.  The parties further stipulate that the court may exclude the period of time

23 from June 9, 2011 through and including June 16, 2011 from the computation of the period of

24 time within which the trial must commence for the reasons set forth in the proposed order below.

25 It is so stipulated.

26
   Dated: _06/06/2011_____           _____/s/_____
27                                     JOHN N. GLANG
                                       Assistant United States Attorney
28

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 10-00209-JF**

Dated: _06-06-2011_____                                    _____/s/_____
                                                             HUGH A. LEVINE, ESQ.
                                                             Attorney for Daniel Garcia


### [PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Thursday, June 9, 2011 at 9:00 a.m., be rescheduled for Thursday, June 16, 2011 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from June 9, 2011 through and including June 16, 2011 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the fact that on May 31, 2011, Mr. Levine was appointed as new counsel for the defendant and Mr. Levine is scheduled to be out of the country on June 9, 2011; to afford counsel the reasonable time necessary for effective preparation; and for continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: 6/8/11                                                _____
                                                             JEREMY FOGEL
                                                             United States District Judge

STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 10-00209-JF                                      2